IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAMELA J. DeWITT,** ) | **CASE NO. 8:05CV455** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **Jo Anne B. Barnhart,** ) | |
| **Commissioner, Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the Court's own motion.

On December 23, 2005, the Court allowed the Plaintiff ten days to file an Amended Complaint naming the Defendant in her proper capacity. An amended complaint has not been filed. Therefore, this case will be dismissed.

IT IS ORDERED that this case is dismissed.

DATED this 17th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge